■ ISRAEL VAINTRAUB, Appellant, v. BALSAMS, INC., Respondent.— Order unanimously modified so as to settle the case on appeal as proposed by appellant, but substituting for the medical testimony a statement that plaintiff claims a dislocation of the foot resulting from a fall allegedly caused by defendant's negligence and that a doctor testified to a dislocation which could have been caused by such a fall. On the argument of the appeal from the judgment, appellant will hand up to the court the stenographic transcript of the minutes of the trial and either party may refer to such transcript in its brief or argument. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ WALTER STERNBERG, Appellant, v. RESORT AIRLINES, INC., Respondent.— The questions presented by these appeals having been rendered moot by plaintiff's failure to appeal from the order vacating the warrant of attachment, and by the termination of the cause of action by settlement, it is unanimously ordered that the said appeals be and the same hereby are dismissed. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ SADIE ZENN et al., Respondents, v. J. J. ANZALONE et al., Respondents. SAMUEL R. ROSEN, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See *ante,* p. 662.]

■ THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS WILSON.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied without prejudice to defendant's right to proceed in accordance with section 520 of the Code of Criminal Procedure. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 286 App. Div. 1083.]

■ BRONX SAVINGS BANK v. ANNA WEIGANDT.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 286 App. Div. 748.]

■ JOHANNA BERCOVITZ v. AGRICULTURAL INSURANCE COMPANY OF WATERTOWN, NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See *ante,* p. 651.]